**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **AML IP LLC,**<br>**PLAINTIFF** | §<br>§ | |
| **v.** | § | |
| **BATH & BODY WORKS, LLC** | § | **CIVIL NO. 4:22-CV-216-SDJ** |
| **BEAUTY BRANDS, INC. ET AL** | § | **CIVIL NO. 4:22-CV-222-SDJ** |
| **BIG LOTS STORES, INC. d/b/a**<br>**BIG LOTS, INC.** | §<br>§ | **CIVIL NO. 4:22-CV-223-SDJ** |
| **THE BUCKLE, INC.** | § | **CIVIL NO. 4:22-CV-225-SDJ** |

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Peter J. Corcoran, III of CORCORAN IP LAW PLLC, 4142 McKnight Road, Texarkana, Texas 75503, will appear as counsel of record for Plaintiff, AML IP, LLC.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

Respectfully submitted,

/s/ Peter J. Corcoran, III
Peter J. Corcoran, III, Esq., M.S., LL.M.
CORCORAN IP LAW PLLC
Texas Bar No. 24080038
4142 McKnight Road
Texarkana, Texas 75503
Phone: (903) 701-2481
Fax: (903) 560-4979
peter@corcoranip.com

***Attorney for AML IP, LLC***

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 6, 2022, with a copy of the foregoing via email and ECF filing.

/s/ Peter Corcoran, III
Peter Corcoran, III