UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| AML IP, LLC | § | |
|---|---|---|
| v. | § § § § | |
| BATH & BODY WORKS DIRECT, INC. | § § § | CIVIL NO. 4:22-CV-216-SDJ LEAD CASE |
| BIG LOTS STORES, LLC | § § | CIVIL NO. 4:22-CV-223-SDJ |
| THE BUCKLE, INC. | § § | CIVIL NO. 4:22-CV-225-SDJ |

## ORDER

Three Motions to Dismiss have been filed in the above-captioned consolidated action. (Dkt. #25, #28, #31). Movants request an oral hearing on the motions. (Dkt. #39). Having considered the request, the Court concludes that it should be granted.

It is **ORDERED** that a hearing on the Motions to Dismiss, (Dkt. #25, #28, #31), will take place on Friday, January 26, 2024, at 10:00 a.m., at the United States Courthouse, Courtroom 105, 7940 Preston Road, Plano, TX 75024.

**So ORDERED and SIGNED this 16th day of January, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE