# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **AML IP, LLC,**<br>**Plaintiff,**<br><br>v.<br><br>**BATH & BODY WORKS, LLC,**<br>**Defendant** | Case No. 4:22-cv-00216-SDJ<br><br>Jury Trial Demanded |

## NOTICE OF RELEVANT DECISION

Plaintiff, AML IP LLC, files this Notice of Relevant Decision. See Exhibits A, B and C attached hereto.

Respectfully submitted,

**Ramey LLP**

/s/  William P. Ramey
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
wramey@rameyfirm.com

*Attorneys for AML IP LLC*

**CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of June 28, 2022, with a copy of the foregoing CM/ECF notification.

                                              /s/ William P. Ramey, III  
                                              William P. Ramey, III