UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| AML IP, LLC | § | |
|---|---|---|
| v. | § § § | |
| BATH & BODY WORKS DIRECT, INC. | § § § | CIVIL NO. 4:22-CV-216-SDJ<br>LEAD CASE |
| BIG LOTS STORES, LLC | § § | CIVIL NO. 4:22-CV-223-SDJ |
| THE BUCKLE, INC. | § § | CIVIL NO. 4:22-CV-225-SDJ |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order on this date, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff's claims are hereby **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close the following civil actions: *AML IP, LLC v. Bath & Body Works Direct*, No. 4:22-CV-216; *AML IP, LLC v. Big Lots Stores, LLC*, No. 4:22-CV-223; and *AML IP, LLC v. The Buckle, Inc.*, No. 4:22-CV-225.

**So ORDERED and SIGNED this 13th day of August, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE